IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHANIEL ALLEN LINDELL,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

    v.                                    Case No. 12-cv-759-wmc

CATHY A. JESS, *et al.*,

        Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Nathaniel Lindell's case pursuant to Fed. R. Civ. P. 41(b).

| /s/ E. Clark, Deputy Clerk | 1/7/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |