In The United States District Court
For the Western District of Wisconsin

DOCKETED
REC'D/FILED
2014 FEB 10 PM 12:26
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | | |
|---|---|---|
| Nate A. Lindell, | | Plaintiff's Notice of Appeal, Docketing Statement, Petition to Proceed In Forma Pauperis & Affidavit In support |
| Plaintiff, | | |
| v. | | |
| Cathy A. Jess, et alia | | Case No. 12-CV-759-wmc |
| Defendants | | |

To: Clerk, Seventh Circuit, 219 S. Dearborn St., Room 2722, Chicago, IL 60604
Nate A. Lindell 99582-555 Allenwood U.S.P., P.O. Box 3000 White Deer, PA 17887
W.D. Wis., U.S. Courthouse, 120 N. Henry St., Room 320 Madison, WI 53703

Please Take Notice that, Nate A. Lindell, the forenoted plaintiff, hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the final judgement and order in this case, both dated 7 January 2014, along with the 6 November 2013 opinion and order and the 11 December 2013 opinion and order.

The Issues Lindell intends to raise on appeal are:

1. Did The District Court Err in It's 6 November 2013 Order, By Concluding Lindell's Claims Were Improperly Joined in One Case?

2. Did The District Court Err in Its 7 January 2014 Order, By Dismissing the Entire Case Because It Found the Claims to Be Misjoined?

Docketing Statement

This court has jurisdiction because this appeal seeks review of a final judgement concerning questions of federal law.

No transcripts are part of the district court's record.

Petition to Proceed In Forma Pauperis

    Given Lindell's below affidavit of indigency, he prays that he'll be granted in forma pauperis status on appeal.

    I, Nate A. Lindell, declare under penalty of perjury that, based on my personal knowledge, I am entirely without liquid or real estate assets to pay even a portion of the filing fee in this action. The only property I possessed — poetry manuscripts, a partially completed autobiography, other of my writings and works of art, law books, a Brother typewriter, etc. — was left behind when I was suddenly transferred into the B.O.P.'s custody, including my evidence and file for this case.

    Executed this 21st day of January 2014.

                                               /s/ Nate Lindell
                                               Nate A. Lindell
                                               99582-555
                                               Allenwood U.S.P.
                                               P.O. Box 3000
                                               White Deer, P.A.
                                                   17887